# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# Case Number 3:07cv216

| | | |
|---|---|---|
| **Angela A. Hughes** | ) | |
| **Plaintiff** | ) | |
| | ) | |
| **Vs.** | ) | **ENTRY OF DEFAULT** |
| | ) | |
| **Hewlett Packard Company** | ) | |
| **Defendant** | ) | |

THIS CAUSE COMING BEFORE THE COURT for entry of default by the Clerk pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, and upon the application of the Plaintiffs for entry of default against Hewlett Packard Company.

IT APPEARING TO THE COURT that the named Hewlett Packard Company. Is in default for failing to plead or otherwise defend this action as required by law.

NOW THEREFORE, default is hereby entered against Defendant Hewlett Packard Company.

Signed: January 30, 2008

Frank G. Johns, Clerk
United States District Court